For the foregoing reasons, the order of the Commonwealth Court is affirmed.

COMMONWEALTH ex rel. Louis MICKENS–THOMAS, Petitioner

v.

David DIGUGLIELMO, Superintendent State Correctional Institution at Graterford, Respondent.

No. 137 EM 2009.

Supreme Court of Pennsylvania.

Dec. 23, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of December, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**